**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7448**

KELVIN A. CANADA,

            Plaintiff - Appellant,

      and

KEVIN BATTE; LYNELL HILL; FRANCISCO VIGIL; ERIC BARNARD,

            Plaintiffs,

            v.

HAROLD W. CLARKE, VA DOC Director; DAVID ROBINSON, Chief of
CORR. Operations; RANDALL MATHENA, Warden; GERALD KEITH
WASHINGTON, Regional Operation Chief; JEFFERY ARTRIP, Evidence Based
Practice (EBP) Manager; DUAL TREATMENT TEAM,

            Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at
Roanoke.  James P. Jones, District Judge.  (7:15-cv-00065-JPJ-RSB)

Submitted:  March 16, 2018                          Decided:  April 4, 2018

Before KING, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelvin A. Canada, Appellant Pro Se. Nancy Hull Davidson, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin A. Canada appeals the district court's order granting summary judgment to the Defendants in Canada's 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Canada v. Clarke*, No. 7:15-cv-00065-JPJ-RSB (W.D. Va. Sept. 27, 2016). We deny Canada's motions for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
